JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183/258-6983(fax)
jp@kemp-attorneys.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| LEON HENRY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada;<br><br>　　　　Defendants. | Case No.: 2:15-cv-00295-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

It is hereby stipulated by and between the parties, through their respective counsel, that Plaintiff, LEON HENRY, (hereinafter referred to as "Plaintiff"), shall have an extension of 14 days from Thursday, May 28 28, 2015 to and including Thursday, June 11, 2015, in which to file his Response to Defendant's Motion for Summary Judgment filed May 4, 2015.  This stipulation is submitted and based upon the following:

　　　1.　　That Plaintiff's counsel has requested this extension of time and has informed Defendants' counsel that such an extension is necessary because counsel for Plaintiff has been on vacation on a long-planned trans-Atlantic ocean cruise and has been away from the office from May 14 through June 1, 2015, with limited internet access, no access to his file and necessary documents, and with no ability to consult with and

1

obtain necessary declarations or affidavits from his client and/or any witnesses.

2. That this request for an extension of time for Plaintiff to file his Response to Defendants' above referenced Motion for Summary Judgment is made in good faith and not for purpose of delay.

DATED this 27th day of May, 2015.

| | |
|---|---|
| /s/ James P. Kemp | /s/ S. Scott Greenberg |
| James P. Kemp, Esq. | S. Scott Greenberg, Esq. |
| Nevada Bar No. 6375 | Nevada Bar No. 4622 |
| KEMP & KEMP ATTORNEYS AT LAW | CLARK COUNTY SCHOOL DISTRICT |
| 7435 West Azure Drive, Suite 110 | 5100 W. Sahara Avenue |
| Las Vegas, NV 89130 | Las Vegas, NV 89146 |
| Attorney for Plaintiff | Attorney for Defendant |

**IT IS SO ORDERED**

_____
U.S. DISTRICT COURT JUDGE

Dated: May 27, 2015

2